**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Loretta Quick,** <br><br>     **Plaintiff,** <br> **v.** <br><br> **The Swiss Colony, LLC** <br><br>     **Defendants.** | **Civil Action No.: 3:18-cv-196-VAB** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated April 25, 2018**

                **Respectfully submitted,**

                **PLAINTIFF, Loretta Quick**

                **/s/ Sergei Lemberg**

                **Sergei Lemberg, Esq.**
                **LEMBERG LAW, L.L.C.**
                **43 Danbury Road, 3rd Floor**
                **Wilton, CT 06897**
                **Telephone: (203) 653-2250**
                **Facsimile: (203) 653-3424**
                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

**I hereby certify that on April 25, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By  /s/ Sergei Lemberg**

**Sergei Lemberg**