**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Loretta Quick, | : |
| | : |
| | : Civil Action No.:  3:18-cv-196-VAB |
| Plaintiff, | : |
| v. | : |
| | : |
| The Swiss Colony, LLC, | : |
| | : |
| Defendant. | : |
| | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Loretta Quick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 2, 2018

Respectfully submitted,

PLAINTIFF, Loretta Quick

<u>/s/ Sergei Lemberg</u>

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     **I hereby certify that on July 2, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                      **By /s/ Sergei Lemberg**

                      **Sergei Lemberg**